In the Matter of the Accounting of ANNA M. GRACE et al., as Executrices and Trustees under the Will of MARY D. GRACE, Deceased, Respondents; WILLIAM D. J. GRACE, Appellant.

(Argued November 21, 1932; decided January 10, 1933.)

*William M. Kilcullen* for appellant.
*Frank J. Cregg* for respondents.

Orders affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.